IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DYNAMIC DATA TECHNOLOGIES, LLC,**<br><br>    *Plaintiff,*<br><br>  v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.,**<br>**SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>    *Defendants.* | Civil Action No. 2:18-CV-00459-RWS<br><br>**LEAD CONSOLIDATED CASE** |
| **DYNAMIC DATA TECHNOLOGIES, LLC,**<br><br>    *Plaintiff,*<br><br>  v.<br><br>**APPLE INC.,**<br><br>    *Defendant.* | Civil Action No. 2:18-CV-464-RWS<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

    CAME ON FOR CONSIDERATION, Plaintiff Dynamic Data Technologies, LLC's ("Dynamic Data") and Defendant Apple Inc.'s ("Apple") Joint Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2).  Docket No. 110.  Having considered the motion, it is hereby **GRANTED**.  It is therefore

    **ORDERED** that claims asserted in the matter by Dynamic Data against Apple are **DISMISSED WITH PREJUDICE** and that all pending relief requested in this action is hereby **DENIED AS MOOT**.

    All attorneys' fees, costs, and expenses shall be borne by the incurring party.

    This dismissal is in regards to Apple only and does not dismiss any other parties in this matter.

**So ORDERED and SIGNED this 1st day of July, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE